THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* STEPHEN L. MERSHON, Respondent.

*People* v. *Mershon,* 43 App. Div. 541, appeal dismissed.
(Argued March 12, 1900; decided March 27, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 23, 1899, reversing a judgment of the Orange County Court, convicting the defendant of the crime of forgery in the second degree.

*A. H. F. Seeger* for appellant.

*Hector M. Hitchings* for respondent.

Appeal dismissed; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting, CULLEN, J.